IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| D. MODY PROPERTIES, et al., ) | Case No. 1:21-CV-1395 |
| ) | |
| Plaintiffs, ) | JUDGE DAN AARON POLSTER |
| ) | |
| v. ) | |
| ) | |
| R.S.N. PROPERTIES, LLC, et al., ) | **MINUTES & ORDER** |
| ) | |
| Defendants. ) | |
| ) | |

On March 16, 2022, the Court conducted a case management conference by Zoom in the captioned case. Moshe Zuk and Oren Duenias participated for plaintiffs and were represented by Attorneys Roy Schechter, Michael Matasich and Tomas Sima. George Nakhle participated for defendants, who were represented by Attorneys John Neal and Benjamin Carnahan.

All parties confirmed that the claims raised in this case are part of the same dispute which they previously litigated in state court. The state court case was dismissed because the parties were working toward a resolution. The state court is in the best position to enforce the parties' agreement or to reactivate litigation between these parties. All of the parties' claims should be resolved in the same litigation, and the most appropriate forum is state court.

Because the parties should resolve all of their claims in the same forum, and they have already begun this process in state court, the Court hereby DISMISSES the captioned case, without prejudice.

IT IS SO ORDERED.

Time: 23 minutes.

Dated: March 16, 2022

                                                *s/Dan Aaron Polster*
                                                United States District Judge